# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM ROY JOHNSON, JR.**<br><br>v.<br><br>**THE HOME DEPOT** | **CIVIL ACTION**<br><br>**NO. 16-647** |

## O R D E R

**AND NOW**, this 22nd day of August, 2016, for the reasons stated in the foregoing memorandum, upon consideration of Defendant Home Depot U.S.A., Inc.'s Motion for Summary Judgment (ECF 17) and all responses and replies thereto, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson (by T.R.Savage)*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-647 Johnson v Home Depot\Order Denying MSJ.docx